FILED

07/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0034

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0034

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

v.

JUSTIN LEE LONGTINE,

　　　　Defendant and Appellant.

## ORDER

　　　　Upon consideration of Appellant's motion for extension of time, and good cause appearing,

　　　　IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 14, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 8 2020